UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MATTHEW W. FANNING, | ) | |
|---|---|---|
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 3:14-01109 |
| v. | ) | Judge Sharp/Brown |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER | ) | |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In this case requesting judicial review of the denial of Disability Insurance Benefits, Plaintiff Matthew W. Fanning has filed a Motion for Judgment on the Administrative Record. (Docket No. 23) The Magistrate Judge has entered a Report and Recommendation ("R & R") recommending that Plaintiff's Motion be denied and the decision of the Commissioner be affirmed. (Docket No. 28)

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED R. CIV. P. 72(b). Having undertaken de novo review of the entire matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, including consideration of the administrative record, the Court finds that the R & R is the correct decision and properly applies the governing law. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 28) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 23) is hereby DENIED;

(3) The Commissioner's decision is AFFIRMED; and

(4) All other pending motions are hereby TERMINATED as moot.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE